*George Gordon Battle* and *Allen Caruthers* for appellant.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WERNER, HISCOCK, COLLIN, CUDDEBACK and HOGAN, JJ. Dissenting on the ground that the information is insufficient: WILLARD BARTLETT, Ch. J., and MILLER, J.

---

JOHN H. MASON, Respondent, *v.* BUFFALO DREDGING COMPANY, Appellant.

*Mason* v. *Buffalo Dredging Co.*, 148 App. Div. 901, affirmed.
(Argued February 2, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frank Gibbons* for appellant.

*Charles W. Strong* and *John V. Maloney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

RACHEL M. PROPER, Appellant, *v.* THE SCHOHARIE AND SCHENECTADY COUNTIES FARMERS' MUTUAL FIRE INSURANCE ASSOCIATION, Respondent.

*Proper* v. *Schoharie & Schenectady Counties Farmers' Mut. Fire Ins. Assn.*, 147 App. Div. 928, affirmed.
(Argued February 3, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

38

November 24, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on a policy of fire insurance.

*Lewis E. Carr, C. E. Nichols* and *Clyde H. Proper* for appellant.

*George M. Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.